YORK'S RESPONSE IN OPPOSITION TO
THE DELTA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT K

EXHIBIT-028-0062

LAWYER-CONFIDENTIAL

# INVOICE

**Delta Casket Company, Inc.**

PO Box 751865
Memphis, TN 38175-1865
(901) 360-8559

INVOICE NUMBER: 0005204-IN

INVOICE DATE: 08/17/2004

SOLD TO:

SHIP TO:

Royal Casket Company

302 North Main Street
Muskogee, OK   74401

Royal Casket Company

4505 Bronze Way
Dallas, TX   75236

CONTAINER NUMBER:

PONU8014557

| CUSTOMER P.O. | ORDER DATE: | TERMS |
|---|---|---|
| RCCDAL008 | 07/02/2004 | Net 45 Days |

| ITEM NO. | | ORDERED | SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2052948 | COLEMAN SEAMIST | 5 | 5 | 269.00 | 1,345.00 |
| 2052872 | COLEMAN SILVER | 5 | 5 | 269.00 | 1,345.00 |
| 1852202 | MAJESTIC MONARCH BLUE | 10 | 10 | 350.00 | 3,500.00 |
| 1852203 | MAJESTIC PLATINUM/GUNMETAL | 10 | 10 | 350.00 | 3,500.00 |
| 1852204 | MAJESTIC GRECIAN GOLD | 10 | 10 | 350.00 | 3,500.00 |
| 1855505 | STERLING EBONY/PLATINUM | 10 | 10 | 350.00 | 3,500.00 |
| 1855382 | STERLING STORM BLUE/SPRUCE | 5 | 5 | 350.00 | 1,750.00 |
| 1853232 | TROJAN EBONY/SILVER | 5 | 5 | 350.00 | 1,750.00 |
| /HOR | Horizon Fee | | | | 300.00 |

A late charge of 1.5% per month will be assessed on balances not paid
within 45 days of initial invoice date. Costs of collection including
attorney's fees shall be assessed on balances existing beyond 180 days from
initial invoice date.

| | |
|---|---|
| Net Invoice: | 20,490.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 20,490.00 |